| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Nathaniel H. Sari (SBN 362634)<br>GUCOVSCHI LAW FIRM, PLLC.<br>Adrian Gucovschi (SBN 360988)<br>140 Broadway, Fl. 46<br>New York, NY 10005<br>Telephone: (212) 884-4230<br>E-Mail: nathaniel@gucovschilaw.com<br>E-Mail: adrian@gucovschilaw.com | CLEAR FORM |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY BARTRUG, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>PLAY PERFECT LTD.<br><br><br>Defendant(s) | CASE NUMBER:<br>2:26-at-00163<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____JAY BARTRUG_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| PLAY PERFECT LTD. | Defendant |

January 27, 2026                                        /s/ Nathaniel H. Sari
Date                                                           Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, JAY BARTRUG