# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| JAY BARTRUG, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26−CV−00225 |
| PLAY PERFECT, LTD, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, JAY BARTRUG                                                                                                  .

Date:     01/29/2026

/s/ Adrian Gucovschi
*Attorney's signature*

Adrian Gucovschi
*Printed name and bar number*

140 Broadway, 46 floor
New York, NY 10005

*Address*

adrian@gucovschilaw.com
*E-mail address*

(212) 884-4230
*Telephone number*

*FAX number*