**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel Haim Sari (State Bar No. 362634)
165 Broadway, Fl 23
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
        nathaniel@gucovschilaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAY BARTRUG, individually and on behalf of all others similarly situated, | Case No.: 2:26-cv-00225 |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| PLAY PERFECT LTD, | |
| Defendant. | |

NOTICE OF CHANGE OF ADDRESS

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective February 3, 2026, the contact information for counsel Adrian Gucovschi has changed as follows:

Old Address:
140 Broadway, Fl 46
New York, NY 10005

New Address:
165 Broadway, Fl 23
New York, NY 10006

All future correspondence, pleadings, and notices should be sent to the new address listed above. This notice is filed pursuant to Local Rule 182(f).

Dated: February 3, 2026                    Respectfully submitted,

                                           **GUCOVSCHI LAW FIRM, PLLC.**

                                           By:    /s/ Adrian Gucovschi

                                           Adrian Gucovschi (State Bar No. 360988)
                                           Nathaniel Haim Sari (State Bar No. 362634)
                                           165 Broadway, Fl. 23
                                           New York, NY 10006
                                           Telephone: (212) 884-4230
                                           Facsimile: (212) 884-4230
                                           E-Mail: adrian@gucovschilaw.com
                                                   nathaniel@gucovschilaw.com

                                           *Attorney for Plaintiff*

NOTICE OF CHANGE OF ADDRESS

1